# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Felix J.C.A., | Civ. No. 26-328 (JWB/DLM) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; Daren K. Margolin, *Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and Ryan Shea, *Sheriff of Freeborn County*, | **ORDER STRIKING CONDITIONS** |
| Respondents. | |

Respondents were ordered to show cause in writing by 5:00 p.m. on February 9, 2026, why the $1,500 bond or any other conditions imposed on Petitioner Felix J.C.A.'s release should not be stricken as inconsistent with this Court's release order. (Doc. No. 11.) On February 10, 2026, Respondents filed a letter stating that "Respondents' Counsel has been in contact with OPLA, who have been in contact with ERO concerning the recission of conditions. Counsel will remain actively involved in the resolution of the matter." (Doc. No. 12.)

As explained in the release order, Petitioner was ordered released based on the absence of lawful authority to detain him. Petitioner was to be released subject to any preexisting release conditions from 2019, if any such conditions exist—that is, restored to his previous posture prior to the unlawful detention. The release order did not otherwise authorize conditional release, supervision, or the reimposition of preexisting restrictions in a newly issued instrument, nor did it reserve such determinations to Respondents for imposition at the time of Petitioners' release.

## ORDER

Accordingly, **IT IS HEREBY ORDERED** that any conditions imposed by Respondents on Petitioner Felix J.C.A. as part of his release on January 25, 2026, including the $1,500 bond, are **VOID** and **STRICKEN** as inconsistent with the Order and Judgment in this matter. (Doc. Nos. 7, 8.) Respondents must reimburse the $1,500 bond to Petitioner immediately, and Respondents' counsel must ensure that Respondents fully effectuate this Order within 48 hours.

Date: February 11, 2026  
Time: 12:22 p.m.

*s/ Jerry W. Blackwell*  
JERRY W. BLACKWELL  
United States District Judge

2